UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UCASTV, INC.,

      Plaintiff,

v.                                                      Case No:  2:13-cv-815-FtM-38UAM

BENTON  BRANDON  and  HENRY
TRIPLER LARZELERE, JR. ,

      Defendants.

                              /

**ORDER**[1]

This matter comes before the Court on the Plaintiff, Ucastv's Agreed Motion to Stay Proceedings Pending Ongoing Settlement Discussions (Doc. #33) filed on January 14, 2014.   The Parties move to stay the case stating that based upon the ongoing discussions and progress made to date, they believe a brief stay up to and including January 20, 2014, will be sufficient to reach a complete settlement of all claims.   The Plaintiff argues the stay will conserve judicial resources and reduce litigation fees and costs.   Pursuant to M.D. Fla. Local Rule 3.01(g), the Plaintiff conferred with Counsel for the Defendants, Benton Brandon and Henry Tripler Larzelare, Jr. and neither defendant opposes the requested stay.

The Court may "exercise its inherent discretionary authority to stay cases ...

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

in the interests of justice and efficiency." Craggs Const. Co. v. Fed. Ins. Co., 2007 WL 1452938, *2 (M.D. Fla. 2007).  Given the potential to reach a settlement and the fact that the case is still in the very early stages of litigation, the Court finds good cause to grant the stay up to January 20, 2014.  However as of the date of this Order, the stay deadline requested by the Plaintiff has expired yet the Motion is due to be granted *nunc pro tunc*.

Accordingly, it is now

**ORDERED:**

The Plaintiff, Ucastv and the Defendants, Benton Brandon and Henry Tripler Larzelare, Jr.'s Agreed Motion to Stay Proceedings Pending Ongoing Settlement Discussions (Doc. #33) is **GRANTED** *nunc pro tunc*.

**DONE** and **ORDERED** in Fort Myers, Florida this 22nd day of January, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record